UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UVALDO J. RUIZ,

       Plaintiff,

                                    Case No. 1:24-cv-1176

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant removed this lawsuit from Kent County Circuit Court on November 6, 2024. Defendant filed a motion to dismiss or, alternatively, for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 10, 2026, recommending that this Court grant the motion and dismiss the case.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 10) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  March 4, 2026                                      /s/  Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge