UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UVALDO J. RUIZ,

     Plaintiff,

                                      Case No. 1:24-cv-1176

v.

                                      HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  March 4, 2026                     /s/  Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge